NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FURMINATOR, INC. (FORMERLY KNOWN AS FM ACQUISITION CORP.),
*Plaintiff-Appellee,*

v.

KIM LAUBE & CO., INC.,
*Defendant-Appellant.*

2011-1197, -1368

Appeals from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0367, Judge E. Richard Webber.

ON MOTION

## O R D E R

Upon consideration of Kim Laube & Co., Inc.'s revised motion for a 60-day extension of time, until August 2, 2011, to file its brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

<u>JUL 2 0 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan H. Norman, Esq.
Kent A. Rowald, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 0 2011

**JAN HORBALY**
**CLERK**